Elizabeth A. Skane, Esq. (Bar No.7181)
eskane@skanemills.com
Elizabeth C. Spaur, Esq. (Bar No. 10446)
espaur@skanemills.com
SKANE MILLS LLP
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
(702) 363-2535 / Fax (702) 363-2534

Attorneys for Defendant, SAM'S WEST, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SONIA MIRANDA, an individual,<br><br>                    Plaintiff,<br>v.<br><br>SAM'S WEST, INC., a foreign corporation; DOES 1 through X; and ROE COROPORATIONS I through X, inclusive,<br><br>                    Defendants. | CASE NO.: 2:22-cv-01552-MMD-BNW<br><br>*(District Court, Clark County Case No. A-22-854969-C)*<br><br>Judge: Miranda M. Du<br>Magistrate Judge:  Brenda Weksler<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT SAM'S WEST, INC., WITH PREJUDICE** |

    COMES NOW, Defendant SAM'S WEST, INC. (hereinafter "Defendant"), by and through its counsel of record, the law firm of SKANE MILLS LLP, and hereby advises this Court that Defendant and Plaintiff have recently reached a settlement in the above-captioned matter.

    **IT IS HEREBY STIPULATED** by and between Plaintiff, SONIA MIRANDA ("Plaintiff"), by and through her counsel of record, Anastasia Noe, Esq. of HEIDARI LAW GROUP, P.C., and Defendant SAM'S WEST, INC., by and through its counsel of record, Elizabeth C. Spaur, Esq. of SKANE MILLS LLP, that the Complaint filed by Plaintiff SONIA MIRANDA against Defendant SAM'S WEST, INC. and any amendments thereafter, are hereby

1

dismissed with prejudice against SAM'S WEST, INC. Each party to bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED this 13th day of July, 2023.

HEIDARI LAW GROUP, P.C.

/s/
By:_____
Anastasia Noe, Esq. (Bar #5442)
ocf@heidarilawgroup.com
611 South 6th Street
Las Vegas, Nevada 89101

Attorney for Plaintiff,
SONIA MIRANDA

DATED this 13 day of July, 2023.

SKANE MILLS LLP

/s/ *Elizabeth C. Spaur*
By:_____
Elizabeth C. Spaur, Esq. (Bar #10446)
espaur@skanemills.com
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144

Attorneys for Defendant,
SAM'S WEST, INC.

///
///
///

## ORDER

Based on the foregoing stipulation between the parties and good cause shown,

**IT IS HEREBY ORDERED** that the Complaint filed by Plaintiff, SONIA MIRANDA, against Defendant SAM'S WEST, INC., in the above-captioned matter, United States District Court, Case No. 2:22-cv-01552-MMD-BNW, including all claims alleged therein, are hereby dismissed with prejudice as to Defendant SAM'S WEST, INC.

Each party to bear its own attorneys' fees and costs.

Dated: July 17, 2023

_____

Respectfully submitted by:

SKANE MILLS LLP
s/ By: *Elizabeth C. Spaur*
_____
Elizabeth A. Skane, Esq. (Bar # 7181)
eskane@skanemills.com
Elizabeth C. Spaur, Esq. (Bar #10446)
espaur@skanemills.com
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
T: (702) 363-2535

Attorneys for Defendant,
WAL-MART STORES, INC.